UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

INTERNATIONAL SHIP REPAIR
& MARINE SERVICES, INC., as
Owner of the Floating Drydock, DD-1,

    Plaintiff,

v.                                                     CASE NO: 8:08-cv-1617-T-23EAJ

ESTATE OF WILFREDO
MORALES-MONTALVO,

    Defendant.
_____/

**ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a November 3, 2008, order (Doc. 16) referred Anibal Aleman's "Motions to Dismiss Plaintiff's Complaint for Exoneration from or Limitation of Liability" (Doc. 6) and "Motion for Sanctions under F.R.C.P. Rule 11 Including Award of Attorney's Fees and Costs" (Doc. 11) to United States Magistrate Elizabeth A. Jenkins to issue a report and recommendation on the motions. Following the Magistrate Judge's December 15, 2008, report and recommendations (Docs. 17, 18), no party objects to the reports and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendations (Docs. 17, 18) are **ADOPTED**, and Aleman's motions (Docs. 6, 11) are **DENIED**.

ORDERED in Tampa, Florida, on January 6, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE